UNITED STATES DISTRICT COURT                     SOUTHERN DISTRICT OF TEXAS

PATRICK WAYNE BROADNAX,                  §
                                         §
        Petitioner,                      §
                                         §
versus                                   §          CIVIL ACTION H-14-2537
                                         §
WILLIAM STEPHENS,                        §
                                         §
        Respondent.                      §

## Order of Adoption

On May 11, 2015, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (11). No party objected. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Broadnax's petition for writ of habeas corpus is denied with prejudice.

Signed ___June 22___, 2015, at Houston, Texas.


                                    _____
                                              Lynn N. Hughes
                                         United States District Judge